UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 00-C-0635 |
| ) | |
| v. ) | Judge Norgle |
| JAMES A. BLAZINA, ) | Magistrate Judge Ashman |
| ) | |
| Defendant. ) | |

NOTICE OF MOTION

Please take notice that on June 9, 2000 at 9:30 a.m. or soon thereafter as counsel may be heard, the United States of America, by its undersigned counsel, shall appear before the Honorable Judge Norgle, U.S. District Court Judge, 219 South Dearborn Street, Courtroom 2341, Chicago, Illinois and present a Motion to Extend Time to Serve Complaint and Serve By Court Order.

STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6565

**Government Exhibit B2**

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Notice of Motion and Motion to Extend Time to Serve Complaint and Serve By Court Order has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 5th day of June, 2000:

James A. Blazina
Post Office Box 805663
Chicago, IL 60680

STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6565

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 00-C-0635 |
| | ) | |
| JAMES A. BLAZINA, | ) | JUDGE NORGLE |
| | ) | MAGISTRATE JUDGE ASHMAN |
| Defendant. | ) | |
| | ) | |

<u>MEMORANDUM OF LAW IN SUPPORT OF UNITED STATES' MOTION TO
EXTEND TIME TO SERVE COMPLAINT AND SERVE BY COURT ORDER</u>

The United States of America, by its undersigned counsel, hereby moves this Court for an order extending the time for service of the Complaint upon James A. Blazina, and for an Order allowing Service upon the mailing of the Summons and Complaint to (1) Post Office Box 805663, Chicago, Illinois 60680, an active Post Office Box maintained by the defendant, James A. Blazina, (2) the address associated with that Post Office Box: 1515 East Central Road, Arlington Heights, Illinois 60005, (3) Post Office Box 10449, Chicago, Illinois 60610, the address listed with the Illinois Bar Disciplinary Committee and (4) 1373 Foxdale Drive, Addison, Illinois, the street address associated with Post Office Box 10449.

As more fully set forth below, the grounds for this motion are that the United States was unable to obtain, in

spite of its good faith efforts, a viable address for the defendant James A. Blazina within the 120 day period set forth in Fed.R.Civ.P. 4(m).

**ARGUMENT**

I. <u>Factual Backround</u>

On February 1, 2000, the United States brought this civil action against the defendant to reduce to judgment certain unpaid federal tax assessments against James A. Blazina. The United States attempted to serve the defendant at his last known address at 5328 West Byron Street, Chicago, Illinois. (See Exhibit A & B). The defendant moved and left no forwarding address. (See Exhibit B: Affidavit of Process Server). In the course of attempting to locate the defendant, it was learned that the defendant maintained a Post Office Box at the 60680 Post Office from which mail is regularly picked up. The United States requested and received from the United States Postal Service the street address associated with the Post Office Box maintained by James A. Blazina: 1515 East Central Road, Arlington Heights, Illinois. (See Exhibit C). The United States attempted to serve the defendant at the Arlington Heights address, however, the defendant was unknown at that address. (See Exhibit D: Affidavit of Process Server).

The United States has attempted to locate the defendant's

address through a number of other sources as well. The defendant is a registered licensed attorney in the State of Illinois, however, at his most recent court hearing, the defendant failed to appear. (See Exhibit E). The defendant, is registered with the Illinois Bar Disciplinary Committee, however, the address utilized by the defendant with the Disciplinary Committee is listed as Post Office Box 10449, Chicago, Illinois 60610. (See Exhibit E). The street address associated with this Post Office Box is 1373 Foxdale Drive, Addison, Illinois.

Additionally, the defendant is not listed as a telephone customer, an electricity power customer, and is not listed in the Chicago area telephone directories. (See Exhibit E).

Accordingly, under the circumstances, the United States contends that its good faith, albeit unsuccessful, attempts to serve James A. Blazina constitutes "good cause" as to why service was not made within the period set forth in Federal Rule of Civil Procedure 4(m).

Therefore, the United States requests that its motion to extend time to serve the Complaint be granted so that the United States be allowed an additional sixty (60) days beyond the original due date of May 31, 2000, so that service may be made upon James A. Blazina. Additionally, the United States requests that the Court order Service upon the defendant by

mailing the Summons and Complaint to the defendant's current Post Office Boxes and address associated with the Post Office Box at the 60608 zip code Post Office. Further, we request that Service be by regular mail as James A. Blazina refuses to sign for registered or certified mail sent to his Post Office Box.

II. The Time for Service of the Complaint Should Be Extended For Good Cause

Federal Rule of Civil Procedure 4(m) provides as follows:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant, or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period. This subdivision does not apply to service in a foreign country pursuant to subdivision (f) or (j)(1).

"Rule 4(j) [now 4(m)] allows whatever time beyond 120 days 'good cause' requires." Sellers v. United States, 902 F.2d 598, 603 (7th Cir. 1990). Good cause necessitates a demonstration of why service was not made within the time constraints of Rule 4(j) [4(m)]. Moncrief v. Stone, 961 F.2d 595 (6th Cir. 1992).

Here, the United States attempted to serve the defendant at his last know street address after checking the Internal

Revenue Service's records and a search of electronic databases. Additionally, the United States attempted to serve the defendant, an attorney, at a court appearance, however, the defendant failed to appear and the case was dismissed. Furthermore, the United States has attempted to serve the defendant at the street address provided with the defendant's active Post Office Box.

Additionally, the United States has searched for records of other addresses for the defendant, however, he is not listed in the Chicago telephone directory, he is not a telephone customer and he is not an electricity power customer.

In short, due to the difficulty in serving James A. Blazina, an extension of time is both necessary and consistent with the interests of justice.

III. Service Should Be Effected By Court Order

Federal Rule of Civil Procedure 4(e) provides:

Unless otherwise provided by federal law, upon an individual from whom a waiver has not been obtained and filed . . . may be effected in any judicial district of the United States pursuant to the law of the state in which the district court is located . . . for the service of the summons upon the defendant in an action brought in the courts of general jurisdiction of the State.

Illinois state law Chapter 735, 5/2-203.1 provides:

[i]f service upon an individual defendant is impractical under items (1) and (2) of subsection (a) of Section 2-

203, the plaintiff may move, without notice, that the court enter an order directing a comparable method of service."

Section 2-203(a) provides:

service of summons upon an individual defendant shall be made (1) by leaving a copy of the summons with the defendant personally, (2) by leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the contents of the summons, provided the officer or other person making the service shall also send a copy of the summons in a sealed envelope with postage fully prepaid, addressed to the defendant at his or her usual place of abode.

In the instant case, the provisions of 5/2-203.1 are satisfied because locating the defendant or his place of abode have been impractical. The defendant maintains Post Office Boxes, however, the addresses associated with those Post Office Boxes are neither his residence nor his business address. The defendant has not appeared in court, despite a hearing where he was the attorney of record. The defendant is neither a telephone customer nor an electric power customer.

Since the defendant is a licensed attorney in the State of Illinois, the United States should be able to serve the defendant in accordance with the Illinois Supreme Court Rules. Rule 765(a) of the Illinois Supreme Court Rules provides:

Service of any notice, complaint, petition, subpoena, pleading or document in proceedings under these rules may be made in any manner authorized by the Code of Civil Procedure or rules of this court or by delivery of any such notice, complaint, petition, subpoena, pleading or document to the

address listed on the master roll for the attorney.

The defendant has listed Post Office Box 10449, Chicago, Illinois 60610 as the his registration address. (See Exhibit E). The Committee Comments to the above section note, "the revised rule allows for service to be perfected by delivery of an item to a registration address, resources presently committed to serving recalcitrant attorneys could be devoted to conducting investigations and reducing unnecessary delay in processing charges."

Consequently, the United States moves this court to order service of process be effected upon the mailing of the Summons and Complaint to (1) Post Office Box 805663, Chicago, Illinois 60680, an active Post Office Box maintained by the defendant, James A. Blazina, (2) the address associated with that Post Office Box: 1515 East Central Road, Arlington Heights, Illinois 60005, (3) Post Office Box 10449, Chicago, Illinois 60610, the address listed with the Illinois Bar Disciplinary Committee and (4) 1373 Foxdale Drive, Addison, Illinois, the street address associated with Post Office Box 10449. Service upon the defendant's Post Office Box is anticipated to give the defendant actual notice because the box is, in fact, active.

CONCLUSION

For the foregoing reasons, the United States requests that its motion be granted.

Respectfully submitted,

SCOTT R. LASSAR
United States Attorney

*/s/ Stephen J. Turanchik*

STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6565

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Memorandum of Law in Support of United States' Motion to Extend Time to Serve Complaint and Serve By Court Order has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 5th day of June, 2000:

>     James A. Blazina
>     P.O. Box 805663
>     Chicago, IL 60680

*(signature)*
STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6565

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Civil Action No. 00-C-0635 |
| v. | ) | Judge Norgle |
| JAMES A. BLAZINA, | ) | Magistrate Judge Ashman |
| Defendant. | ) | |

<u>DECLARATION OF ATTORNEY TURANCHIK</u>

I, Stephen J. Turanchik, pursuant to the provisions of 28 U.S.C. §1746 certify that:

1. I am the Trial Attorney for the Tax Division of the United States Department of Justice, Washington, D.C., to whom primary responsibility for this case has been assigned.

2. I conducted a search on electronic databases of Lexis-Nexis and Westlaw that revealed the defendant's current address as: Post Office Box 805663, Chicago, Illinois 60680. This address was last updated in the electronic database as of January 1, 2000. The prior address for the defendant is listed as 5328 West Byron Street, Chicago, Illinois 60641.


GOVERNMENT EXHIBIT A

3. Through discussions with employees at the United States Postal Service, I learned that Post Office Box 805663, Chicago, Illinois 60680, in the name of James A. Blazina is in active use.

4. The United States has attempted unsuccessfully to serve the defendant at the following addresses:

> 1660 North LaSalle Drive, Apt. 709
> Chicago, Illinois 60614
> (address indicated on driver's license)
>
> 5328 West Byron Street
> Chicago, Illinois
> (street address indicated on electronic database search)
>
> 1515 East Central Road
> Arlington Heights, Illinois 60005
> (address associated with active Post Office Box)

5. The address of James A. Blazina maintained with the Illinois Bar Disciplinary Committee is Post Office Box 10449, Chicago, Illinois 60610.

I certify under penalty of perjury that the foregoing is true and correct.

Executed at Washington, D.C., this 5th day of June, 2000.

*[signature]*
STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice

2

# Affidavit of Process Server

| UNITED STATES OF AMERICA | vs | JAMES A. BLAZINA | 00C 0635 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I _____,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served  JAMES A. BLAZINA
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ Summons, Appearance Form, Civil Cover Sheet, Complaint

by serving (NAME) _____

at ☒ Home  5328 W Byron St Chicago, IL

☐ Business _____

☐ on (DATE) _____ at (TIME) _____

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☒ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☒ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( 1 ) 5-18  11am
DATE  TIME

**Description:**
☐ Male ☐ White Skin ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☐ Female ☐ Black Skin ☐ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☐ 5'0"-5'3" ☐ 100-130 Lbs.
☐ Yellow Skin ☐ Blond Hair ☐ 36-50 Yrs. ☐ 5'4"-5'8" ☐ 131-160 Lbs.
☐ Brown Skin ☐ Gray Hair ☐ Mustache ☐ 51-65 Yrs. ☐ 5'9"-6'0" ☐ 161-200 Lbs.
☐ Glasses ☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois  County of Cook

SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me, a notary public, this 22 day of May, 20 00

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2003

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

GOVERNMENT EXHIBIT
B

# LA SALLE PROCESS SERVERS

## 29 S. LASALLE STREET
## CHICAGO, ILLINOIS 60603
(312) 263-0620

Postmaster            Date 5-9-00

Chicago, Illinois 60680-4117
City, State, Zip Code

### Request of Change of Address or Boxholder Information Needed for Service of Legal Process

Please furnish the new address or the name and street address (if a boxholder) for the following:

NAME: James A. Blazina

ADDRESS: Post Office Box 805663

NOTE: The name and last known address are required for change of address information.
The name, if known, and post office box address are required for boxholder information.

The following information is provided in accordance with 39 CFR 265.6(D)(6)(II). There is no fee for providing boxholder information. The fee for providing change of address information is waived in accordance with 39 CFR 265.6(d)(1) and (2) and corresponding Administrative Support Manual 352.44a and b.

1. Capacity of requester (e.g. process server, attorney, party representing himself): Process Server

2. Statute or regulation that empowers me to serve process (not required when requester is an attorney or a party acting pro se except a corporation acting pro se must cite statute): Il. Civil Code of Procedure Chap. 735 Para. 2-202

3. The names of all known parties to the litigation: United States of America

4. The court in which the case has been or will be heard: U.S. District Court

5. The docket or other identifying number if one has been issued: 00C 0635

6. The capacity in which the individual is to be served (e.g. defendant or witness): Defendant

### WARNING

THE SUBMISSION OF FALSE INFORMATION EITHER (1) TO OBTAIN AND USE CHANGE OF ADDRESS INFORMATION OR BOXHOLDER INFORMATION FOR ANY PURPOSE OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL OR PROSPECTIVE LITIGATION OR (2) TO AVOID PAYMENT OF THE FEE FOR CHANGE OF ADDRESS INFORMATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE UP TO $10,000 OR IMPRISONMENT OF NOT MORE THAN 5 YEARS, OR BOTH (TITLE 18 U.S.C. SECTION 1001)

I certify that the above information is true and that the address information is needed and will be used solely for service of legal process in connection with actual or prospective litigation.

Signature
Printed Name: Andy Raphael

Address: 29 S. LaSalle St. SUITE 956
City, State, Zip Code: Chicago, Il. 60603

Legal Dept
669-2991

Dept Sol
983-7552

☐ Good as Addressed
☐ No change of address order on file.
☐ Not known at address given.
☐ Moved, left no forwarding address.
☐ No such address.

**FOR POST OFFICE USE ONLY**
NEW ADDRESS or BOXHOLDER'S NAME: JAMES BLAZINA ASSET Recovery
and STREET ADDRESS: 1515 E. CENTRAL RD
ARLINGTON HGT, IL 60005

Postmark: CHICAGO, IL CHICAGO CENTER MAY 13 2000

GOVERNMENT EXHIBIT C

# Affidavit of Process Server

| United States of America | vs | James A. Slazwa | 00C 0635 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I __W. A. Mueller__,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __James A. Slazwa__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $_____ witness fee and mileage

☒ Summons, Appearance Form, Civil Cover sheet & Complaint

by serving (NAME) _____

at ☐ Home _____
☒ Business __1515 E. Central Rd. Arlington Heights__
☐ on (DATE) _____ at (TIME) _____

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☒ Unknown at Address      ☐ Evading                          ☐ Other: _____
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant
☒ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( 1 ) __5-16-00 - 11:05 - 11:30 AM__

**Description:** (all unchecked)

State of Illinois    County of Cook

SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this __23__ day of __May__, 20 __00__

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2003

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

GOVERNMENT EXHIBIT D

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 00-C-0635 |
| ) | |
| v. ) | Judge Norgle |
| JAMES A. BLAZINA, ) | Magistrate Judge Ashman |
| ) | |
| Defendant. ) | |

### DECLARATION OF DONALD NORTON

I, Donald Norton, pursuant to the provisions of 28 U.S.C. §1746 certify that:

1. I am employed with the Office of the United States Attorney for the Northern District of Illinois, and my official title is Investigator.

2. At the request of trial attorney Stephen J. Turanchik, I was asked to serve James A. Blazina with a summons and complaint in the above-captioned action.

3. Upon information and belief, James A. Blazina, is a registered licensed attorney in the State of Illinois.

4. James A. Blazina is registered with the Illinois Bar Disciplinary Committee and has listed a Post Office Box 10449, Chicago, Illinois as his address with the Disciplinary



Committee. The street address associated with this Post Office Box is 1373 Foxdale Drive, Addison, Illinois.

5. In his most recent case, James A. Blazina did not appear in court, and the case was dismissed.

6. James A. Blazina is not listed as a telephone customer, an electicity power customer, and is not listed in the Chicago area telephone books or telephone information.

7. James A. Blazina, maintains a Post Office Box for the receipt of his mail. However, I was informed by a Postal Service employee that he refuses to sign for registered or certified mail.

I certify under penalty of perjury that the foregoing is true and correct.

Executed at Chicago, IL, this 6TH day of June, 2000.

*Donald J. Norton*
DONALD NORTON
Investigator
Office of U.S. Attorney
Northern District of Illinois

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 00-C-0635 |
| ) | |
| JAMES A. BLAZINA, ) | JUDGE NORGLE |
| ) | MAGISTRATE JUDGE ASHMAN |
| Defendant. ) | |
| ) | |

PROPOSED ORDER

Upon motion by the United States pursuant to Federal Rule of Civil Procedure 4(e), the United States is granted an additional sixty (60) days to serve the defendant James A. Blazina.

Upon motion by the United States pursuant to Federal Rule of Civil Procedure 4(m) and Illinois state law Chapter 735, 5/2-203.1, this Court orders that service of process be effective upon regular mailing of the Summons and Complaint to the defendant's addresses:

(1) Post Office Box 805663, Chicago, Illinois 60680, an active Post Office Box maintained by the defendant, James A. Blazina,

(2) 1515 East Central Road, Arlington Heights, Illinois 60005 the address associated with Post Office Box 805663, Chicago, Illinois 60680,

(3) Post Office Box 10449, Chicago, Illinois 60610, the defendant's address listed with the Illinois Bar Disciplinary Committee, and

(4) 1373 Foxdale Drive, Addison, Illinois, the street address associated with Post Office Box 10449.

IT IS SO ORDERED, this _____ day of _____, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE