UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 20 2000
MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 00-C-0635 |
| JAMES A. BLAZINA, | ) ) | JUDGE NORGLE MAGISTRATE JUDGE ASHMAN |
| Defendant. | ) ) | |

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing United States' Summons and Complaint has been made upon James A. Blazina, by depositing a copy in the United States mail, postage prepaid, this 17th day of July, 2000:

        P.O. Box 805663
        Chicago, IL 60680

        1515 East Central Road
        Arlington Heights, IL 60005

        Post Office Box 10449
        Chicago, IL 60610

        1373 Foxdale Drive
        Addison, IL 60101

        *Stephen J. Turanchik*
        STEPHEN J. TURANCHIK
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 55
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 307-6565

**Government Exhibit F**



**U.S. Department of Justice**

**Tax Division**

*Facsimile No. (202) 514-5238*
*Trial Attorney: Stephen J. Turanchik*
*Attorney's Direct Line: (202) 307-6565*

*Please reply to:* Civil Trial Section, Northern Region
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

5-23-17096   CMN 2000101519

James A. Blazina
Post Office Box 805663
Chicago, IL 60680

JUL 17 2000

    Re:  United States v. James A. Blazina
           Case No. 00-C-0635 (USDC N.D. Ill.)

Dear Mr. Blazina:

    Enclosed please find a copy of the Summons and Complaint filed by the United States against you in the United States District Court for the Northern District of Illinois. The Summons and Complaint is being mailed to you at the following addresses:

1. P.O. Box 805663
   Chicago, IL 60680

2. 1515 East Central Road
   Arlington Heights, IL 60005

3. Post Office Box 10449
   Chicago, IL 60610

4. 1373 Foxdale Drive
   Addison, IL 60101

    Please note that Judge Norgle issued a Minute Order on June 9, 2000, allowing for service of process by regular mail. A copy of the Order is also enclosed. Please be advised that you have 20 days, or until August 7, 2000, to respond to this Complaint.

    I can be reached at (202) 307-6565.

                                      Sincerely yours,

                                      STEPHEN J. TURANCHIK
                                          Trial Attorney
                                Civil Trial Section, Northern Region

- 2 -

Enclosure

Copy to:   Hon. Charles R. Norgle
U.S. District Court
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Samuel Brooks, Esq.
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, IL 60604

Mayer Silber, Esq.
IRS District Counsel
200 West Adams Street, Suite 2300
Chicago, IL 60606

Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 635 | **DATE** | 6/8/2000 |
| **CASE TITLE** | United States of America vs. James A. Blazina | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] United States' Motion to Extend Time To Serve Complaint and Serve By Court Order was and is granted.
(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | |
|---|---|---|
| | No notices required, advised in open court. | |
| ✓ | No notices required. | number of notices |
| | Notices mailed by judge's staff. | |
| | Notified counsel by telephone. | JUN 0 9 2000 date docketed |
| | Docketing to mail notices. | docketing deputy initials |
| | Mail AO 450 form. | |
| | Copy to judge/magistrate judge. | |
| EF | courtroom deputy's initials | date mailed notice |
| | Date/time received in central Clerk's Office | mailing deputy initials |

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

NORTHERN DISTRICT OF ILLINOIS

RECEIVED
FEB X 1 2000
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

JAMES A. BLAZINA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **00C 0635**

JUDGE NORGLE

**MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of defendant)

James A. Blazina
1660 North LaSalle Drive, Apt. 709
Chicago, IL 60614

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Turanchik
U.S. Department of Justice, Tax Division
P.O. Box 55
Ben Franklin Station
Washington, DC 20044

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS

CLERK

(BY) DEPUTY CLERK

DATE

FEB X 1 2000

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

JUDGE NORGLE

**In the Matter of**
**UNITED STATES OF AMERICA**
**v.**
**JAMES A. BLAZINA**   Case Number:   **00C 0635**

## APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

FEB 2000

**UNITED STATES OF AMERICA**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| (A) | (B) |
|---|---|
| SIGNATURE: *Stephen J. Turanchik* | SIGNATURE: |
| NAME: STEPHEN J. TURANCHIK | NAME: |
| FIRM: UNITED STATES DEPARTMENT OF JUSTICE | FIRM: |
| STREET ADDRESS: P.O. BOX 55, BEN FRANKLIN STATION | STREET ADDRESS: |
| CITY/STATE/ZIP: WASHINGTON, D.C. 20044 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: (202) 307-6565 | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: NONE | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ☒ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

**PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE**

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
JAMES A. BLAZINA

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Stephen J. Turanchik
U.S. Department of Justice, Tax Div.
P.O. Box 55, Ben Franklin Station
Washington, DC 20044

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury — Product Liability | | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | | | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $
$253,479.68

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____



UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FEB X 1 2000

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Civil Action No. **00C 0635** |
| v. | ) | (J.          ) |
| JAMES A. BLAZINA | ) | |
| Defendant. | ) | |

JUDGE NORGLE

MAGISTRATE JUDGE ASHMAN

## COMPLAINT

NOW COMES the United States of America, by its attorney, Scott R. Lassar, United States Attorney for the Northern District of Illinois, and, pursuant to 26 U.S.C. section 7401, at the direction of the Attorney General of the United States and with the authorization of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury brings this action against the defendant James A. Blazina, to collect from him an outstanding unpaid liability for the one-hundred percent (Trust Fund Recovery) penalty under 26 U.S.C. §6672, and for these purposes, the plaintiff alleges as follows:

1. Jurisdiction exists for this action pursuant to 26 U.S.C. section 7402(a) and 28 U.S.C. sections 1340 and 1345. Venue exists pursuant to 28 U.S.C. section 1391(b).

2. The plaintiff is the United States of America.

cmplaint

3. Upon information and belief, the defendant, James A. Blazina, resides at 1660 North LaSalle Drive, Apartment 709, Chicago, Illinois 60614, within the jurisdiction of the Court.

4. On the dates set forth in subparagraphs (a) - (h), inclusive, below, a delegate of the Secretary of the Treasury made assessments against James A. Blazina, in the amounts set forth below, for the liabilities which arose out of his wilfull failure to collect, truthfully account for, or pay over to the Internal Revenue Service the withheld income and Federal Insurance Contributions Act (FICA) taxes withheld from the employees of the identified corporate entities for the quarterly periods set forth below:

|     | Corporate Name | Date of Assessment | Amount of Assessement | Quarterly Periods |
| --- | --- | --- | --- | --- |
| (a) | Carlton Oxford Contractors 1030 West Higgins Hoffman Estates, IL | 1/17/90 | $28,545.23 | 06/30/88 09/30/88 12/31/88 03/31/89 06/30/89 |
| (b) | Brower Realty & Management Co. 225 N. Michigan Ave. Chicago, IL | 2/5/90 | $80,935.16 | 09/30/86 12/31/86 03/31/87 12/31/87 06/30/88 09/30/88 12/31/88 03/31/89 |
| (c) | Decorative Unlimited, Inc. 1634 S. Ardmore Ave. Oak Brook Terrace, IL | 2/12/90 | $32,830.55 | 03/31/87 06/30/87 09/30/87 03/31/88 06/30/88 09/30/88 12/31/88 03/31/89 |

| | Corporate Name | Date of Assessment | Amount of Assessement | Quarterly Periods |
|---|---|---|---|---|
| (d) | Carlton Oxford Contractors<br>1030 West Higgins<br>Hoffman Estates, IL | 6/12/90 | $11,007.15 | 09/30/89<br>12/31/89 |
| (e) | Carlton Oxford Contractors<br>1030 West Higgins<br>Hoffman Estates, IL | 2/4/91 | $4,388.04 | 03/31/90<br>06/30/90 |
| (f) | Brower Realty & Management Co.<br>225 N. Michigan Ave.<br>Suite 2424<br>Chicago, IL | 4/29/91 | $8,701.79 | 06/30/89<br>09/30/89<br>12/31/89<br>03/31/90 |
| (g) | James A. Blazina, Chartered<br>225 N. Michigan Ave.<br>Suite 2424<br>Chicago, IL | 8/5/91 | $75,806.25 | 06/30/88<br>09/30/88<br>12/31/88<br>03/31/89<br>06/30/89<br>09/30/89<br>12/31/89 |
| (h) | Brower Realty & Management Co.<br>225 N. Michigan Ave.<br>Suite 2424<br>Chicago, IL | 10/5/92 | $10,265.71 | 06/30/90<br>09/30/90<br>12/31/90<br>03/31/91<br>06/30/91 |

5. Notwithstanding proper notice and demand for payment of the assessments referred to in paragraph 4 having been duly made upon defendant James A. Blazina, said assessment remains unpaid.

6. There remains due and owing upon the unpaid assessed balances referred to in paragraph 4, the sum of $253,479.68 plus statutory additions and interest.

**WHEREFORE**, the United States of America demands judgment in its favor and against the defendant, James A. Blazina, in the amount of $253,479.68, plus statutory interest and additions; its costs and such other and further relief as the Court deems proper.

SCOTT R. LASSAR
UNITED STATES ATTORNEY

*(signature)*

STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
(202) 307-6565