## 1990 Activity Summary

FED - **.***9999 <<NEW TAXPAYER>>   Other Tax Period: 1989/06

| | |
|---|---|
| Run Method: IRS Default | Module Status: Open/(Open) |
| Interest To: 08/08/2011 | |
| GATT Method: Retain Character (New) | GATT Date: 01/01/1995  Amount: $10,000 |
| LCU Method: Default IRS | LCU Interest Date: LCU Interest is OFF |
| Underpay Net Start: All Dates Included | Overpay Net Start: All Dates Included |

| Date Transcript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balance |
|---|---|---|---|---|---|---|
| 01/17/1990 | | | 240 Miscellaneous Penalty | | 28,545.23 | 28,545.23 |
| 08/10/1995 | | | 670 Subsequent Payment | | (26.99) | 28,518.24 |
| 08/29/1997 | | | 670 Subsequent Payment | | (16,274.78) | 12,243.46 |
| 09/05/1997 | | | 670 Subsequent Payment | | (10,019.27) | 2,224.19 |
| 10/14/1997 | | | 670 Subsequent Payment | | (2,224.19) | |
| 10/14/1997 | | | 670 Subsequent Payment | | (26.99) | (26.99) |
| 10/14/1997 | | | 670 Subsequent Payment | | (1,088.82) | (1,115.81) |

| Date | | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|---|
| 01/17/1990 | | | 240 Miscellaneous Penalty | 28,545.23 | | | 28,545.23 |
| 01/18/1990 | 12/31/1994 | | Underpay | 28,545.23 | 0.544689211 | 15,548.28 | 44,093.51 |
| 01/01/1995 | 08/10/1995 | | Underpay | 44,093.51 | 0.058894543 | 2,596.87 | 46,690.38 |
| 08/10/1995 | | | 670 Subsequent Payment | (26.99) | | | 46,663.39 |
| 08/11/1995 | 08/29/1997 | | Underpay | 46,663.39 | 0.199825866 | 9,324.55 | 55,987.94 |
| 08/29/1997 | | | 670 Subsequent Payment | (16,274.78) | | | 39,713.16 |
| 08/30/1997 | 09/05/1997 | | Underpay | 39,713.16 | 0.001727305 | 68.60 | 39,781.75 |
| 09/05/1997 | | | 670 Subsequent Payment | (10,019.27) | | | 29,762.48 |
| 09/06/1997 | 10/14/1997 | | Underpay | 29,762.48 | 0.009661628 | 287.55 | 30,050.04 |
| 10/14/1997 | | | 670 Subsequent Payment | (26.99) | | | |
| | | | 670 Subsequent Payment | (2,224.19) | | | |
| | | | 670 Subsequent Payment | (1,088.82) | | | 26,710.04 |
| 10/15/1997 | 08/08/2011 | | Underpay | 26,710.04 | 1.400667742 | 37,411.89 | 64,121.93 |

| Account Summary: | As Computed | Per Transcript | Adjustment |
|---|---|---|---|
| Deficiency Interest | 65,237.74 | | 65,237.74 |
| Overpayment Interest | | | (1,115.81) |
| Principal Balance | | | |
| | 65,237.74 | | 64,121.93 |

Government Exhibit
H

490 Activity Summary - 150

FED - **-***9999 <<NEW TAXPAYER>>   Other Tax Period: 1989/03

Run Method: IRS Default
Interest To: 08/08/2011
GATT Method: Retain Character (New)
LCU Method: Default IRS
Underpay Net Start: All Dates Included

Module Status: Open/(Open)

GATT Date: 01/01/1995  Amount: $10,000
LCU Interest Date: LCU Interest is OFF
Overpay Net Start: All Dates Included

| Date Transcript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balance |
|---|---|---|---|---|---|---|
| 02/05/1990 | | | 240 Miscellaneous Penalty | | 80,935.16 | 80,935.16 |
| 02/05/1990 | | | 670 Subsequent Payment | | (249.00) | 80,686.16 |
| 03/26/1990 | | | 670 Subsequent Payment | | (10.83) | 80,675.33 |
| 05/04/1990 | | | 670 Subsequent Payment | | (21,068.32) | 59,607.01 |
| 10/25/1990 | | | 670 Subsequent Payment | | (1,080.00) | 58,527.01 |
| 12/11/1992 | | | 670 Subsequent Payment | | (1.26) | 58,525.75 |
| 09/04/1997 | | | 670 Subsequent Payment | | (1,857.21) | 56,668.54 |

| Date | Date Start | Date Adj/End | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|---|
| 02/05/1990 | | | 240 Miscellaneous Penalty | 80,935.16 | | | |
| 02/05/1990 | | | 670 Subsequent Payment | (249.00) | | | 80,686.16 |
| 02/06/1990 | 03/26/1990 | | Underpay | 80,686.16 | 0.014874438 | 1,200.16 | 81,886.32 |
| 03/26/1990 | | | 670 Subsequent Payment | (10.83) | | | 81,875.49 |
| 03/27/1990 | 05/04/1990 | | Underpay | 81,875.49 | 0.011820976 | 967.85 | 82,843.34 |
| 05/04/1990 | | | 670 Subsequent Payment | (21,068.32) | | | 61,775.02 |
| 05/05/1990 | 10/25/1990 | | Underpay | 61,775.02 | 0.053829272 | 3,325.30 | 65,100.32 |
| 10/25/1990 | | | 670 Subsequent Payment | (1,080.00) | | | 64,020.32 |
| 10/26/1990 | 12/11/1992 | | Underpay | 64,020.32 | 0.219912567 | 14,078.87 | 78,099.20 |
| 12/11/1992 | | | 670 Subsequent Payment | (1.26) | | | 78,097.94 |
| 12/12/1992 | 12/31/1994 | | Underpay | 78,097.94 | 0.163428640 | 12,763.44 | 90,861.38 |
| 01/01/1995 | 09/04/1997 | | Underpay | 90,861.38 | 0.272369849 | 24,747.90 | 115,609.28 |
| 09/04/1997 | | | 670 Subsequent Payment | (1,857.21) | | | 113,752.07 |
| 09/05/1997 | 08/08/2011 | | Underpay | 113,752.07 | 1.424459766 | 162,035.24 | 275,787.31 |

| Account Summary: | As Computed | Per Transcript | Adjustment |
|---|---|---|---|
| Deficiency Interest | 219,118.77 | | 219,118.77 |
| Overpayment Interest | | | |
| Principal Balance | | | 56,668.54 |
| | 219,118.77 | | 275,787.31 |

FED - **-***9999 <<NEW TAXPAYER>>   Other - Copy (2) Tax Period: 1989/03

| | |
|---|---|
| Run Method: IRS Default | Module Status: Open/(Open) |
| Interest To: 08/08/2011 | |
| GATT Method: Retain Character (New) | GATT Date: 01/01/1995  Amount: $10,000 |
| LCU Method: Default IRS | LCU Interest Date: LCU Interest is OFF |
| Underpay Net Start: All Dates Included | Overpay Net Start: All Dates Included |

| Date Transcript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balance |
|---|---|---|---|---|---|---|
| 02/12/1990 | | | 240 Miscellaneous Penalty | | 32,830.55 | 32,830.55 |
| 06/15/1990 | | | 670 Subsequent Payment | | (25.00) | 32,805.55 |
| 08/10/1995 | | | 670 Subsequent Payment | | (79.21) | 32,726.34 |

| Date | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|
| 02/12/1990 | | 240 Miscellaneous Penalty | 32,830.55 | | | 32,830.55 |
| 02/13/1990 | 06/15/1990 | Underpay | 32,830.55 | 0.037758303 | 1,239.63 | 34,070.18 |
| 06/15/1990 | | 670 Subsequent Payment | (25.00) | | | 34,045.18 |
| 06/16/1990 | 12/31/1994 | Underpay | 34,045.18 | 0.476870597 | 16,235.14 | 50,280.32 |
| 01/01/1995 | 08/10/1995 | Underpay | 50,280.32 | 0.058894543 | 2,961.24 | 53,241.56 |
| 08/10/1995 | | 670 Subsequent Payment | (79.21) | | | 53,162.35 |
| 08/11/1995 | 08/08/2011 | Underpay | 53,162.35 | 1.913235814 | 101,712.10 | 154,874.45 |

| Account Summary: | As Computed | Per Transcript | Adjustment |
|---|---|---|---|
| Deficiency Interest | 122,148.11 | | 122,148.11 |
| Overpayment Interest | | | |
| Principal Balance | | | 32,726.34 |
| | 122,148.11 | | 154,874.45 |

## IRS Activity Summary

FED - **-***9999 <<NEW TAXPAYER>>   Other Tax Period: 1989/12

| Run Method: IRS Default | Module Status: Open/(Open) |
|---|---|
| Interest To: 08/08/2011 | |
| GATT Method: Retain Character (New) | GATT Date: 01/01/1995 Amount: $10,000 |
| LCU Method: Default IRS | LCU Interest Date: LCU Interest is OFF |
| Underpay Net Start: All Dates Included | Overpay Net Start: All Dates Included |

| Date Transcript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balance |
|---|---|---|---|---|---|---|
| 06/12/1990 | | | 240 Miscellaneous Penalty | | 11,007.15 | 11,007.15 |

| Date | | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|---|
| 06/12/1990 | | | 240 Miscellaneous Penalty | 11,007.15 | | | 11,007.15 |
| 06/13/1990 | 12/31/1994 | | Underpay | 11,007.15 | 0.478206252 | 5,263.69 | 16,270.84 |
| 01/01/1995 | 08/08/2011 | | Underpay | 16,270.84 | 2.084809507 | 33,921.60 | 50,192.44 |

| Account Summary: | As Computed | Per Transcript | Adjustment |
|---|---|---|---|
| Deficiency Interest | 39,185.29 | | 39,185.29 |
| Overpayment Interest | | | |
| Principal Balance | | | 11,007.15 |
| | 39,185.29 | | 50,192.44 |

FED - **-***9999 <<NEW TAXPAYER>>   Other Tax Period: 1990/06

| Run Method: IRS Default | Module Status: Open/(Open) |
| --- | --- |
| Interest To: 08/08/2011 | |
| GATT Method: Retain Character (New) | GATT Date: 01/01/1995  Amount: $10,000 |
| LCU Method: Default IRS | LCU Interest Date: LCU Interest is OFF |
| Underpay Net Start: All Dates Included | Overpay Net Start: All Dates Included |

| Date Transcript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 02/04/1991 | | | 240 Miscellaneous Penalty | | 4,388.04 | 4,388.04 |

| Date | | Description | Amount | Factor | Interest | Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 02/04/1991 | | 240 Miscellaneous Penalty | 4,388.04 | | | 4,388.04 |
| 02/05/1991 | 12/31/1994 | Underpay | 4,388.04 | 0.376323019 | 1,651.32 | 6,039.36 |
| 01/01/1995 | 08/08/2011 | Underpay | 6,039.36 | 2.084809507 | 12,590.92 | 18,630.28 |

| Account Summary: | As Computed | Per Transcript | Adjustment |
| --- | --- | --- | --- |
| Deficiency Interest | 14,242.24 | | 14,242.24 |
| Overpayment Interest | | | |
| Principal Balance | | | 4,388.04 |
| | 14,242.24 | | 18,630.28 |

FED - **-***9999 <<NEW TAXPAYER>>   Other Tax Period: 1990/03

| Run Method: IRS Default | Module Status: Open/(Open) |
|---|---|
| Interest To: 08/08/2011 | |
| GATT Method: Retain Character (New) | GATT Date: 01/01/1995 Amount: $10,000 |
| LCU Method: Default IRS | LCU Interest Date: LCU Interest is OFF |
| Underpay Net Start: All Dates Included | Overpay Net Start: All Dates Included |

| Date Transcript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balance |
|---|---|---|---|---|---|---|
| 04/29/1991 | | | 240 Miscellaneous Penalty | | 8,701.79 | 8,701.79 |

| Date | | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|---|
| 04/29/1991 | | | 240 Miscellaneous Penalty | 8,701.79 | | | 8,701.79 |
| 04/30/1991 | 12/31/1994 | | Underpay | 8,701.79 | 0.342990040 | 2,984.63 | 11,686.42 |
| 01/01/1995 | 08/08/2011 | | Underpay | 11,686.42 | 2.084809507 | 24,363.95 | 36,050.37 |

| Account Summary: | As Computed | Per Transcript | Adjustment |
|---|---|---|---|
| Deficiency Interest | 27,348.58 | | 27,348.58 |
| Overpayment Interest | | | |
| Principal Balance | | | 8,701.79 |
| | 27,348.58 | | 36,050.37 |

## 190 Activity Summary

FED - **-***9999 <<NEW TAXPAYER>>   Other Tax Period: 1989/12

| Run Method: IRS Default | Module Status: Open/(Open) |
|---|---|
| Interest To: 08/08/2011 | |
| GATT Method: Retain Character (New) | GATT Date: 01/01/1995  Amount: $10,000 |
| LCU Method: Default IRS | LCU Interest Date: LCU Interest is OFF |
| Underpay Net Start: All Dates Included | Overpay Net Start: All Dates Included |

| Date Transcript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balance |
|---|---|---|---|---|---|---|
| 8/05/1991 | | | 240 Miscellaneous Penalty | | 75,806.25 | 75,806.25 |

| Date | | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|---|
| 8/05/1991 | | | 240 Miscellaneous Penalty | 75,806.25 | | | 75,806.25 |
| 8/06/1991 | 12/31/1994 | | Underpay | 75,806.25 | 0.307416253 | 23,304.07 | 99,110.32 |
| 1/01/1995 | 08/08/2011 | | Underpay | 99,110.32 | 2.084809507 | 206,626.14 | 305,736.47 |

| Account Summary: | As Computed | Per Transcript | Adjustment |
|---|---|---|---|
| Deficiency Interest | 229,930.22 | | 229,930.22 |
| Overpayment Interest | | | |
| Principal Balance | | | 75,806.25 |
| | 229,930.22 | | 305,736.47 |

490A Activity Summary

FED - **-***9999 <<NEW TAXPAYER>>  Other Tax Period: 1991/06

| | |
|---|---|
| Run Method: IRS Default | Module Status: Open/(Open) |
| Interest To: 08/08/2011 | |
| GATT Method: Retain Character (New) | GATT Date: 01/01/1995 Amount: $10,000 |
| LCU Method: Default IRS | LCU Interest Date: LCU Interest is OFF |
| Underpay Net Start: All Dates Included | Overpay Net Start: All Dates Included |

| Date Transcript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balance |
|---|---|---|---|---|---|---|
| 10/05/1992 | | | 240 Miscellaneous Penalty | | 10,265.71 | 10,265.71 |

| Date | | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|---|
| 10/05/1992 | | | 240 Miscellaneous Penalty | 10,265.71 | | | 10,265.71 |
| 10/06/1992 | 12/31/1994 | | Underpay | 10,265.71 | 0.178431541 | 1,831.73 | 12,097.44 |
| 01/01/1995 | 08/08/2011 | | Underpay | 12,097.44 | 2.084809507 | 25,220.85 | 37,318.29 |

| Account Summary: | As Computed | Per Transcript | Adjustment |
|---|---|---|---|
| Deficiency Interest | 27,052.58 | | 27,052.58 |
| Overpayment Interest | | | |
| Principal Balance | | | 10,265.71 |
| | 27,052.58 | | 37,318.29 |

Copyright © 2001-2006 Decision Modeling, Inc. www.dmitax.com    Release 6.91    09/08/2011 04:23:35 PM    PAGE 1 OF 1